# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURVINDER GHUMAN, *et al.*, | Case No. 1: 12-cv-00902-AWI-BAM |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

On February 13, 2013, the Court dismissed Plaintiffs' First Amended Complaint with leave to amend. (Doc. 27.) On March 17, 2013, Plaintiffs filed a Motion to Amend their Complaint. (Doc. 28.) Plaintiffs' Motion to Amend, however, was not a motion, but rather, a Second Amended Complaint. *Id.* On March 22, 2013, the Clerk's Office issued a notice to Plaintiffs' counsel, informing her that Plaintiffs' Second Amended Complaint was improperly filed. Plaintiffs were requested to refile the Second Amended Complaint properly. As of the date of this Order, Plaintiffs have failed to address the Clerk's notice and refile their Second Amended Complaint. Moreover, Plaintiffs have been unreachable to discuss this concern.

1     Plaintiffs are ORDERED TO SHOW CAUSE, if any, why this Court should not strike Docket Number 28 (Plaintiffs' Second Amended Complaint, erroneously filed as a Motion to Amend Complaint) for Plaintiffs' failure to comply with the Clerk's Office's request.  Plaintiffs shall respond in writing no later than April 15, 2013, at 9:00 AM.

    IT IS SO ORDERED.

**Dated:   April 10, 2013**　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE