IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURVINDER GHUMAN; PARMINDER GHUMAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | 1:12-cv-00902-AWI-BAM<br><br>ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. 39) |

Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss the second amended complaint of plaintiffs Gurvinder Ghuman and Parminder Ghuman, set for hearing on Monday, July 8, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the hearing date of July 8, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 2, 2013

　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE